UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 15-00143-AB-RAO                                  Date:  November 19, 2015
Title:  Stephen Desmund Peterson v. United States of America, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| N/A | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**           (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On March 20, 2015, Stephen Desmund Peterson ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a first amended complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), naming as defendants Jesus Fernandez, M.D., Jimmy Elevazo, and Ann Pierce.  (ECF No. 14.)

On April 21, 2015, the Court ordered service of process by the United States Marshal on the defendants.  (ECF No. 16.)  Plaintiff was granted until on or before August 19, 2015 to serve the defendants, and was warned that "**his failure to effect service by that date may result in the dismissal of the action without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute, unless plaintiff can show good cause for extending the time for service.**"  (Order Regarding Time Limit For Serving Complaint at 2, ECF No. 17.)  To date, only Dr. Fernandez has been served.

In light of the foregoing IT IS ORDERED that Plaintiff must show cause in writing, on or before **December 10, 2015**, why Plaintiff's claims against Jimmy Elevazo and Ann Pierce should not be dismissed due to his failure to prosecute.  **Failure to comply with this Order and/or to show cause will result in the dismissal of this action.**

**IT IS SO ORDERED.**

Attachment

                                                                                                        :
                                                                    Initials of Preparer        gr