UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN DESMUND PETERSON, a/k/a STEVEN DESMOND PETERSON, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendants. | Case No. CV 15-00143 AB (RAO) ORDER ACCEPTING INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the other records and files herein, and the Interim Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS ORDERED that Defendant Jesus Fernandez's Motion to Dismiss is
2  granted and that Plaintiff's claims against Defendant Jesus Fernandez are dismissed
3  with prejudice and without leave to amend.

5  DATED: December 21, 2015

  ANDRÉ BIROTTE JR.
  UNITED STATES DISTRICT JUDGE