# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DESMUND PETERSON, a/k/a STEVEN DESMOND PETERSON,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 15-00143 AB (RAO)<br><br>JUDGMENT |

In accordance with the December 21, 2015 Order Accepting Interim Report and Recommendation of United States Magistrate Judge and the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

///

///

///

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is dismissed with prejudice as to Defendant Jesus Fernandez and dismissed without prejudice as to Defendants Jimmy Elevazo and Ann Pierce, and this action is dismissed.

DATE: 3/4/2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE